2016-1012 (La. 9/16/16)

**Loi Van LEE**

v.

**Delaya ESPINAL-ALVAREDO, US Agencies Casualty Ins. Co., and Farmers Texas County Mutual Insurance Company**

NO. 2016-CC-1012

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. L, No. 715-901; to the Court of Appeal, Fifth Circuit, No. 15-C-802

Denied.

■

2016-1013 (La. 9/16/16)

**PLAQUEMINES PARISH GOVERNMENT**

v.

**BYRD BROTHERS EMERGENCY SERVICES, LLC, et al.**

NO. 2016-OC-1013

Supreme Court of Louisiana.

September 16, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Plaquemines, 25th Judicial District Court Div. B, No. 61-437; to the Court of Appeal, Fourth Circuit, No. 2015-CA-1267;

IN RE: Cornerstone Bank;—Defendant;

Denied.

HUGHES, J., would grant and docket.

2016-1023 (La. 9/16/16)

**Marvin TELLIS**

v.

**ASH TIMBER COMPANY**

NO. 2016-C-1023

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review Office of Workers' Compensation, District 03, No. 13-08387; to the Court of Appeal, Third Circuit, No. 15-1052

Denied.